IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:07CV527 |
| ) | (Financial Litigation Unit) |
| JERNEL O. SANDERS, ) | |
| Defendant. ) | |

**JUDGMENT BY DEFAULT**

A default having been entered against the defendant and counsel for the plaintiff having requested judgment by default against the defendant and having filed a proper Declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of the plaintiff, the United States of America, and against the defendant, Jernel O. Sanders, in the total amount of $2,950.56, as of February 11, 2008, which includes the principal amount of $2,099.00, plus 8.00% prejudgment interest, accrued pursuant to the terms in the complaint, such interest totaling $851.56 as of February 11, 2008 and continuing to accrue until the date of judgment herein at the rate of 8.00% per annum; plus administrative costs in the amount of $350.00; together with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with all future costs. The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: February 12, 2008

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court